**FILED**
**CLERK**
9:30 am, Mar 21, 2017
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------
RADISSON HOTELS INTERNATIONAL,
INC.,

               Plaintiff,

      -against-

RADISSON CARS & LIMO, INC., HAJIASIF
A. USMAN,

              Defendant(s).
-----------------------------------------------------------X

ADOPTION ORDER
14-cv-5927 (ADS)(GRB)

**APPEARANCES:**

**Dorsey & Whitney**
*Attorneys for the Plaintiff*
51 West 52nd St
New York, NY 10019
       By:   Gina Susan Spiegelman, Esq.
               Susan Progoff, Esq., Of Counsel

**NO APPEARANCES:**

**Radisson Cars & Limo, Inc., Hajiasif A. Usman**
*The Defendants*

**SPATT, District Judge**:

On October 9, 2014, the Plaintiff Radisson Hotels International, Inc. (the "Plaintiff") commenced this action for service mark infringement under the Lanham Act, 15 U.S.C. § 1051, *et seq.*, against the Defendants Radisson Cars & Limo, Inc., and Hajiasif A. Usman (the "Defendants").

On February 4, 2015, the Clerk of the Court noted the Defendant's default.

On July 18, 2016, the Plaintiffs filed a motion for default judgment.

1

On July 25, 2016, the Court referred the Plaintiff's motion to United States Magistrate Judge Gary R. Brown for a recommendation as to whether the default judgment should be granted and, if so, whether any other relief should be granted.

On March 1, 2017, Judge Brown issued a report (the "R&R") recommending that the Plaintiff's motion for default judgment be granted; that a permanent injunction be issued against the Defendants; and that the Court endorse the Plaintiff's proposed order after striking paragraphs 12 and 13.

The Plaintiff provided proof of service of the R&R on March 3, 2017.

It has been more than fourteen days since the service of the R&R, and the parties have not filed objections.

As such, pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result. See Coburn v. P.N. Fin., No. 13-CV-1006 (ADS) (SIL), 2015 WL 520346, at *1 (E.D.N.Y. Feb. 9, 2015) (reviewing Report and Recommendation without objections for clear error).

Accordingly, the R&R is adopted in its entirety. The Clerk of the Court is directed to enter judgment for the Plaintiff in accordance with the R&R, and to close this case.

**SO ORDERED.**

Dated: Central Islip, New York

March 21, 2017

                                                     _/s/ Arthur D. Spatt_
                                                     ARTHUR D. SPATT
                                              United States District Judge